# Exhibit 1

**Exhibit 1**

# AFFIDAVIT OF AMANDA FERGUSON

STATE OF __Nevada__         )
                            ) ss:
COUNTY OF __Washoe__        )

I, Amanda Ferguson, do hereby swear and affirm under penalty of perjury that each and every assertion contained within this affidavit are true.

1. I am the affiant and I am competent to make this testimony;
2. I have personal knowledge of each and every fact attested to herein;
3. I am Greg Kachman's girlfriend.
4. Greg and I have been dating since July 14, 2013.
5. I was present on November 4, 2015 at 5544 Thorn Berry Court in Sun Valley, Nevada when Greg was shot by a Washoe County Deputy Sheriff.
6. Shortly after midnight on November 4, 2015 two Washoe County Sheriff's Deputies came to my home after being called by a friend of mine, Jamie Holloway, because Greg and I got into a fight.
7. At the time that the Deputies were called, Jamie Holloway, Selena Holloway, Selena's boyfriend Joey, and Greg were at my house.
8. About five minutes before before the Washoe County Sheriff's Deputies arrived, Greg had left our house.
9. Two Deputies arrived in two different white marked SUVs.
10. I told the Deputies that Greg and I had gotten into a fight and that Greg had left.
11. Greg then drove by our house and immediately then drove off.
12. After Greg drove off, one of the Deputies got in his SUV to try and find Greg.
13. Greg then drove back to our house and parked his truck in the street facing a westerly direction in front of our house.
14. The Deputy who stayed with me then ran out of the house and was standing at the edge of our driveway.
15. The Deputy was yelling at Greg to get out of his truck and to put his hands up. I remember Greg telling the Deputy, "what the fuck, I didn't do anything."
16. I then heard what I think was four of five gun shots. I saw where the Deputy was standing when he was firing at Greg's truck because I could see his left leg, but I could not see his upper body. At this time, I could only see the front of Greg's truck.
17. I did not see Greg's truck drive at the Deputy before the Deputy fired.
18. The Deputy was standing at the edge of our driveway by the driver's side door of Greg's truck when he was firing.
19. After the Deputy fired into Greg's Truck, Greg's Truck sped down our street in a way that appeared to be out of control. I ran outside and saw Greg's truck hit the right side of the curb, go up on two wheels, hit a raised lawn, and then collide with a with a silver pickup truck that was parked in a driveway.

20. As Greg's truck was speeding down our street, the Deputy was running down the street after Greg's truck.
21. After Greg's truck came to a stop, I saw the Deputy who shot Greg aiming his gun and telling Greg not to move. At that time, the other Deputy arrived back on the scene, drew his gun, and told Greg not to move.
22. If I were to give testimony in open court, it would be substantively the same as that set forth hereinabove.

FURTHER AFFIANT SAYETH NAUGHT.

By: /s/ Amanda Ferguson
Amanda Ferguson

SUBSCRIBED and SWORN to before me this 25th day of November, 2015

_____
NOTARY PUBLIC



NOTARY PUBLIC
STATE OF NEVADA
County of Washoe
KEVIN CORMANY-GHIGLIERI
No: 13-9868-2
My Appointment Expires Jan. 16, 2017