**Exhibit 2**

**Exhibit 2**

# AFFIDAVIT OF JAMIE HOLLOWAY

STATE OF Nevada           )
                          ) ss:
COUNTY OF Washoe          )

I, Jamie Holloway, do hereby swear and affirm under penalty of perjury that each and every assertion contained within this affidavit are true.

1. I am the affiant and I am competent to make this testimony;
2. I have personal knowledge of each and every fact attested to herein;
3. I am Amanda Ferguson's friend.
4. I was present on November 4, 2015 at 5544 Thorn Berry Court in Sun Valley, Nevada when Greg Kachman ("Greg") was shot by a Washoe County Deputy Sheriff.
5. At approximately 11:30 pm on November 3rd 2015 I went to 5544 Thorn Berry Court to pick up Amanda Ferguson ("Amanda") and her dogs because Amanda texted me because she was scared of Greg.
6. While I was at the house I witnessed Greg and Amanda fighting.
7. After a time, Greg left the house.
8. After Greg left, I called the police.
9. Greg then drove by the house, at which time I called the police again.
10. A few minutes later, two Washoe County Sheriff's Deputies arrived on the scene.
11. The Deputies were asking Amanda and I questions when Greg drove by again.
12. At that time, one of the Deputies got into his car and left to try and catch Greg.
13. About 10 minutes later, Greg pulled into the cul-de-sac and stopped in the street in front of 5544 Thorn Berry Court, facing facing toward Tornado Dr. At this time, I was walking toward my truck to put Amanda's dogs in my truck, which was also parked in front of 5544 Thorn Berry Court.
14. The Deputy asked me, "Is that him?" I responded that I was not sure but that I thought it was.
15. The Deputy then pushed me out of the way, pulled out his gun, and began yelling and cursing at Greg to get out of his truck and to turn off the truck. I was standing behind the drivers side door of my truck, which was facing out into the street, when this occurred. The Deputy who was yelling at Greg was walking towards the driver's side door of Greg's truck.
16. I saw Greg put his hands up, and then the Deputy continued to yell at him. Greg then put his hands down, and then the Deputy fired into Greg's truck. I saw the flashes from the Deputy's gun lighting up his face. I was about 10 feet away from the Deputy when he was firing.
17. I did not see Greg try and drive his truck into the Deputy before the Deputy fired.
18. Greg's truck then started rolling down the street, and it hit something and flipped over. The Deputy ran down the street chasing the truck.

19. If I were to give testimony in open court, it would be substantively the same as that set forth hereinabove.

FURTHER AFFIANT SAYETH NAUGHT.

By: *Jamie M. Holloway*
Jamie Holloway

SUBSCRIBED and SWORN to before me this 27 day of November, 2015

_____
NOTARY PUBLIC

CASSANDRA ARKEBAUER
NOTARY PUBLIC
STATE OF NEVADA
Appt. No. 15-2682-2
My Appt. Expires June 15, 2019