**Chester H. Adams, #3009**
Sparks City Attorney
**Douglas R. Thornley, #10455**
Senior Assistant City Attorney
P.O. Box 857
Sparks, Nevada 89432-0857
(775) 353-2324
***Attorneys for the City of Sparks***

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

**GREGORY KACHMAN,**

Plaintiff,

v.

**WASHOE COUNTY DEPUTY SHERIFF CHAD E. ROSS,**

Defendants. /

**Case No. 3:16-CV-00007-MMD-WGC**

**NOTICE OF *IN CAMERA* SUBMISSION**

The City of Sparks and the Sparks Police Department, by and through the undersigned and pursuant to Local Rule 10-5(a), hereby gives notice of an *in camera* submission made in connection with their Request for *in Camera* Review (Doc. 18).

Dated this 14th day of April, 2016.

**CHESTER H. ADAMS**
Sparks City Attorney

**By:** /s/ DOUGLAS R. THORNLEY
**DOUGLAS R. THORNLEY**
Senior Assistant City Attorney
***Attorneys for the City of Sparks***

# CERTIFICATE OF SERVICE

Pursuant to Fed.R.Civ.P. 5(b), I hereby certify that I am an employee of the Sparks City Attorney's Office, Sparks, Nevada, and that on this date I served the foregoing document(s) entitled **NOTICE OF *IN CAMERA* SUBMISSION** on the persons set forth below by:

_✓_ Case Management/Electronic Case Filing (CM/ECF) and/or;

___ Placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Sparks, Nevada, postage prepaid, following ordinary business practices, and/or;

___ Personal Delivery, and/or;

___ Facsimile (FAX), and/or;

___ Federal Express or other overnight delivery, and/or;

___ Reno/Carson Messenger Service.

If physically delivered, each is addressed as follows:

Luke Busby, Esq.
**Luke Andrew Busby, Ltd.**
216 East Liberty Street
Reno, Nevada 89501
*Attorney for Plaintiff*

Michael Large, Esq.
**Washoe County District Attorney**
P.O. Box 11130
Reno, Nevada 89520
*Attorney for Defendant*

DATED this 14th day of April, 2016.

/s/ Kember Murphy
Kember Murphy