UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| GREGORY KACHMAN, | ) | 3:16-cv-00007-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF PROCEEDINGS** |
| | ) | |
| vs. | ) | June 29, 2016 |
| | ) | |
| CHAD E. ROSS, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>Katie Lynn Ogden</u>       REPORTER:           <u>FTR</u>

COUNSEL FOR PLAINTIFF:  <u>Luke Busby</u>

COUNSEL FOR DEFENDANT:  <u>Michael Large</u>

COUNSEL FOR INTERESTED PARTY:  <u>Doug Thornley</u>

**MINUTES OF PROCEEDINGS: Status Conference**

10:02 a.m.  Court convenes.

The court inquires with Mr. Large the status of the criminal investigation and whether any determination has been made if Mr. Kachman will be criminal charged.

Mr. Large reports, at this time, there are no criminal charges against Mr. Kachman and there has not been a definitive decision made by the prosecuting attorney for the City of Sparks whether any charges will be sought against Mr. Kachman.  Mr. Large requests discovery therefore proceed in this case; however, Mr. Large advises the court that, should criminal charges be brought against the Plaintiff, the Defendant will likely request the court revisit the matter of discovery.

Mr. Busby on behalf of the Plaintiff requests the stay of discovery be lifted.

IT IS ORDERED the discovery stay is hereby lifted and the following deadlines are established:

Minutes of Proceedings
3:16-cv-00007-MMD-WGC
June 29, 2016

- Discovery Cutoff: December 30, 2016;

- Disclosure of Expert Testimony: October 30, 2016;

- Disclosure of Rebuttal Experts: November 30, 2016;

- Dispositive Motion(s): January 31, 2017;

- Joint Pre-Trial Order: February 28, 2017.  If a dispositive motion is filed, the Joint Pre-Trial Order shall be due thirty (30) days after a decision on the dispositive motion(s).

The court reminds counsel when seeking the entry of a protective order to be cognizant of two decisions from the Ninth Circuit Court of Appeals in *Kamakana v. City and County of Honolulu*, 447 F. 3d 1172 (9th Cir. 2006) and *Center for Auto Safety v. Chrysler Group, LLC*, 809 F. 3d 1092 (9th Cir. 2016) regarding documents filed under seal.

There being no additional matters to address at this time, court adjourns at 10:10 a.m.

**IT IS SO ORDERED.**

> LANCE S. WILSON, CLERK
>
> By: _____/s/_____
> Katie Lynn Ogden, Deputy Clerk