**Exhibit 3**

**Exhibit 3**



DA #16-10752

SPD 15-10670

IN THE JUSTICE COURT OF SPARKS TOWNSHIP

IN AND FOR THE COUNTY OF WASHOE, STATE OF NEVADA

\* \* \*

THE STATE OF NEVADA,

        Plaintiff,        Case No.: 16-SCR-1210

   v.                        Dept. No.: 2

GREGORY STEWART KACHMAN,
also known as
GREGORY HOLMES,
also known as
GREGORY S KACHMAN,
also known as
TRAVIS SPITZS,

        Defendant.
_____/

CRIMINAL COMPLAINT

AMOS STEGE of the County of Washoe, State of Nevada, verifies and declares upon information and belief and under penalty of perjury, that GREGORY STEWART KACHMAN also known as GREGORY HOLMES also known as GREGORY S KACHMAN also known as TRAVIS SPITZS, the defendant above-named, has committed the crime(s) of:

COUNT I. DOMESTIC BATTERY SECOND OFFENSE, a violation of NRS 200.485, NRS 200.481 and NRS 33.018, a misdemeanor, in the manner following, to wit:

That the said defendant on or about the 4th day of November, 2015, at Sparks Township, within the County of Washoe, State of Nevada, did willfully and unlawfully use force or violence upon the person of AMANDA FERGUSON, a person with whom he is or was actually residing and/or a person with whom he has had or is having a

dating relationship, at 5544 Thorn Berry Court, Washoe County, Nevada, to wit: the Defendant did strike and/or drag the said victim, after having been previously convicted of Domestic Battery in the Reno Justice Court on June 23, 2014 under case RCR2014-076914 for an offense that occurred on April 18, 2014.

<u>COUNT II. RESISTING A PUBLIC OFFICER, a violation of Washoe County Code 53.200 and 125.050, a misdemeanor</u>, in the manner following, to wit:

That the said defendant on or about the 4th day of November, 2015, at Sparks Township, within the County of Washoe, State of Nevada, did willfully and unlawfully resist a public officer, namely, DEPUTY C. ROSS, WASHOE COUNTY SHERIFF, in discharging or attempting to discharge a legal duty of his office, at 5544 Thorn Berry Court, Washoe County, Nevada, in that the Defendant did fail to obey lawful commands, and/or refused to surrender himself to the deputy, and/or did flee from the deputy.

<u>COUNT III. DRIVING UNDER THE INFLUENCE (CONTROLLED SUBSTANCE), a violation of NRS 484C.110 and NRS 484C.400, a misdemeanor</u>, in the manner following, to wit:

That the said defendant on or about the 4th day of November, 2015, at Sparks Township, within the County of Washoe, State of Nevada, did willfully and unlawfully drive or be in actual physical control of a Chevrolet pickup truck bearing Nevada license plate 999 TLF on or about the 5000 block of Thorn Berry Court in the County of Washoe, State of Nevada, while under the influence of a controlled substance; AND/OR with an amount of a prohibited substance

in his blood that that is greater than the amount proscribed by law, to wit: 109 ng/mL of AMPHETAMINE and/or 827 ng/mL METHAMPHETAMINE.

### AFFIRMATION PURSUANT TO NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this 1st day of August, 2016.

```
_____
AMOS STEGE
DEPUTY DISTRICT ATTORNEY
```

PCN: SPPD0042066C-KACHMAN

Custody: X
Bailed:
Warrant:

\*

District Court Dept:  D08
District Attorney:  STEGE
Defense Attorney:
Bail  $7,500.00
Restitution:
J